No. 749. THE UNITED STATES, PETITIONER, *v.* LEOPOLD BARUCH. January 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second

Circuit granted. *The Attorney General, The Solicitor General and Mr. Assistant Attorney General Lloyd* for petitioner. *Mr. Albert H. Washburn* for respondent.